UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

United States of America,
   Plaintiff,

v.                                       Criminal No. 1:25-cr-00177-ACR

Larry Bing
   Defendant.

MOTION TO WITHDRAW APPEARANCE AND FOR APPOINTMENT OF COUNSEL

      Pursuant to Local Criminal Rule 44.5 and the Criminal Justice Act, 18 U.S.C. § 3006A, undersigned counsel respectfully moves this Court for leave to withdraw as counsel of record for Defendant Larry Bing and for the appointment of counsel from the Office of the Federal Public Defender or a qualified attorney from the Criminal Justice Act panel.

In support of this motion, counsel states:

1. Undersigned counsel entered an appearance for Defendant on July 1, 2025.
2. Since that time, Defendant and his family have realized they are unable to fulfill the obligations under the current Retainer agreement between Defendant and undersigned counsel. Given that Defendant is detained, he is unable to make money to afford private counsel.
3. Defendant has been advised of counsel's intention to withdraw, has had an opportunity to discuss the matter, and does consent to the withdrawal.
4. In accordance with LCrR 44.5(d), withdrawal can be accomplished without material adverse effect on the interests of the Defendant.
5. Defendant is financially unable to retain new counsel, and qualifies for court-appointed representation under 18 U.S.C. § 3006A, as will be reflected in a completed CJA Form 23 submitted under seal.

WHEREFORE, undersigned counsel respectfully requests that the Court:

a. Grant this motion to withdraw;

b. Appoint the Office of the Federal Public Defender for the District of Columbia, or a qualified CJA panel attorney, to represent Defendant; and

c. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

/s/

Marnitta King
King Law PA
1401 Mercantile Lane
Suite 300
Largo, Maryland 20774[Law Firm Name]
301-277-2333
mlking@kinglaw.org
D.C. Bar No. 481065
Attorney for Defendant Larry Bing

CERTIFICATE OF SERVICE

I hereby certify that on this August 12, 2025 I filed the foregoing with the Court via CM/ECF, which will send notice to all counsel of record and hand deliver a copy to Defendant at DC Jail.

/s/
Marnitta King